UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
ROBERT PURRINGTON, individually and on    :
behalf of all others similarly            :
situated,                                 :          26cv1501(DLC)
                           Plaintiff,     :
                                          :              ORDER
              -v-                         :
                                          :
LAKELAND INDUSTRIES, INC., et al.,        :
                                          :
                           Defendant.     :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On February 23, 2026, plaintiff filed a class action
lawsuit on behalf of all persons and entities other than the
defendants that purchased or otherwise acquired Lakeland
Industries, Inc. ("Lakeland") securities between December 1,
2023 and December 9, 2025.  The complaint alleges violations of
Sections 10(b) and 20(a) of the Securities Exchange Act of 1934
("1934 Act").

Section 78u-4(a)(3)(A) of the Private Securities Litigation
Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the
> complaint is filed, the plaintiff or plaintiffs shall
> cause to be published, in a widely circulated national
> business-oriented publication or wire service, a
> notice advising members of the purported plaintiff
> class . . . of the pendency of the action, the claims
> asserted therein, and the purported class period . . .
> .

15 U.S.C. § 78u-4(a)(3)(A)(i).  Further, pursuant to § 78u-4(a)(3)(A)(ii):

> If more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter is filed, only the plaintiff or plaintiffs in the first filed action shall be required to cause notice to be published in accordance with clause (i).

Id. § 78u-4(a)(3)(A)(ii).

Plaintiff does not appear to have published the required notice yet.  Nor has plaintiff identified any earlier-filed action asserting substantially the same claims in which the required notice was published.  Accordingly, it is hereby

ORDERED that plaintiff shall identify the date and publication in which notice was provided no later than **March 16, 2026.**

Dated:     New York, New York
           February 25, 2026

                                   _____
                                         DENISE COTE
                                   United States District Judge

2