UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                   :

ROBERT PURRINGTON, individually and on :
behalf of all others similarly     :
situated,                          :        26cv1501(DLC)
                     Plaintiff,   :
                                   :        ORDER
          -v-                    :

LAKELAND INDUSTRIES, INC., et al.,   :

                   Defendant.   :

------------------------------------------X

DENISE COTE, District Judge:

An Order of February 25, 2026 required the plaintiff to file a letter identifying the date and publication in which the notice required by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), was provided.  On February 26, the plaintiff filed a letter confirming that such notice was published on February 23, 2026.  Accordingly, it is hereby

ORDERED that members of the purported class have until **April 24, 2026** to move the Court to serve as lead plaintiffs.

IT IS FURTHER ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **May 8, 2026.**

IT IS FURTHER ORDERED that a conference shall be held at **11:00 a.m.** on **May 15, 2026** in Courtroom 18B, United States

Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

IT IS FURTHER ORDERED that the time to respond to the complaint is stayed pending further order.

Dated:    New York, New York
          February 26, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge

2