**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PURRINGTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LAKELAND INDUSTRIES, INC., JAMES M. JENKINS, CHARLES D. ROBERSON, and ROGER D. SHANNON, <br><br> Defendants. | Case No.: 1:26-cv-01501-DLC <br><br> Hon. Denise L. Cote |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ALEKSAN GOLENDUKHIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Aleksan Golendukhin ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Lakeland Industries, Inc. ("Lakeland" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Lakeland securities;

**Exhibit C**:    Press Release published February 23, 2026, on *ACCESS Newswire,* announcing the pendency of the securities class action against defendants herein: *Purrington v. Lakeland Industries, Inc., et. al.,* Case No. 1:26-cv-01501-DLC; and

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: April 24, 2026                        Respectfully Submitted,


                                    **LEVI & KORSINSKY, LLP**

                                    By: */s/ Adam M. Apton*
                                    Adam M. Apton (AS-8383)
                                    33 Whitehall Street, 27th Floor
                                    New York, NY 10004
                                    Tel: (212) 363-7500
                                    Fax: (212) 363-7171
                                    Email: aapton@zlk.com

                                    *Lead Counsel for Aleksan Golendukhin and*
                                    *[Proposed] Lead Counsel for the Class*

2