UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PURRINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LAKELAND INDUSTRIES, INC., JAMES M. JENKINS, CHARLES D. ROBERSON, and ROGER D. SHANNON,<br><br>Defendants. | Case No.  1:26-cv-01501-DLC |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF ROBERT PURRINGTON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Robert Purrington ("Purrington"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Purrington's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Chart setting forth Purrington's financial interest in this litigation;

Exhibit B:     Declaration executed by Purrington; and

Exhibit C:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 24, 2026.

/s/ J. Alexander Hood II
J. Alexander Hood II

1