UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ROBERT PURRINGTON, individually and on :
behalf of all others similarly      :
situated,                           :          26cv1501 (DLC)
                         Plaintiff, :
                                    :              ORDER
              -v-                   :
                                    :
LAKELAND INDUSTRIES, INC., et al.,  :
                                    :
                        Defendants. :
                                    :
------------------------------------X

DENISE COTE, District Judge:

    An Order of February 26, 2026 scheduled a conference on May

15, 2026 at 11:00 a.m. in Courtroom 18B, United States

Courthouse, 500 Pearl Street, New York, New York to consider any

motions for appointment of lead plaintiff and lead counsel and

for consolidation.  On May 13, counsel for a plaintiff who has

moved to be lead plaintiff, Milan Fortner, requested with the

consent of defense counsel the cancellation of the May 15

conference because his client's motion is not opposed.  It is

hereby

    ORDERED that the request to cancel the May 15 conference is

denied.

Dated:    New York, New York
          May 14, 2026

                              _____
                                      DENISE COTE
                              United States District Judge