Richard Davis
Direct (205) 254-1872
Fax (205) 714-6447
Email rdavis@maynardnexsen.com

MAYNARDNEXSEN

August 28, 2026

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Granted. There shall be no further extensions.
Denise Cote
8/31/26

**Re:** ***In re Lakeland Industries Sec. Litig.*, 26-cv-1501 (DLC)**

Dear Judge Cote:

We are counsel to Defendants in the above matter. Defendants respectfully submit this Letter-Motion requesting that the Court (a) revise the previously ordered schedule for filing Defendants' motion to dismiss and the related briefing and (b) modify the applicable word limits for all briefing in this case. Lead Plaintiff consents to both of these requests.

The current schedule requires Defendants to file their motion to dismiss by September 10, 2026; Lead Plaintiff to file an opposition to the motion to dismiss or an amended complaint by October 1, 2026; and Defendants to file their reply by October 22, 2026.

Defendants request the following revised schedule: (a) Defendants shall file their motion to dismiss on or before September 24, 2026; (b) Lead Plaintiff shall file an amended complaint or opposition to the motion to dismiss on or before October 15, 2026; and (c) Defendants shall file their reply on or before November 5, 2026.

The parties also jointly request that the Court permit up to 12,400 words for Defendants' memorandum in support of their motion to dismiss and Lead Plaintiff's opposition, and up to 5,000 words for Defendants' reply. Good cause supports these requests because this is a complex securities case involving a voluminous amended complaint and numerous factual and legal issues.

As a result, Defendants respectfully request that the Court enter the attached [Proposed] Order.

Respectfully,

*/s/ Richard J. Davis*

Richard J. Davis
*Attorney for Defendant Lakeland Industries, Inc.*